UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO CAMARGO,<br><br>        Plaintiff,<br><br>   v.<br><br>SSA COMMISSIONER,<br><br>        Defendant. | Case No. 25-cv-08552-TSH<br><br>**ORDER EXTENDING SERVICE DEADLINE AND CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiff Pablo Camargo filed this case on October 7, 2025, and subsequently filed a proof of service on November 12 indicating Defendant Frank J. Bisignaro had been served via certified mail with return receipt requested. ECF No. 12. However, when serving the United States and/or its agencies, officers, or employees, Federal Rule of Civil Procedure 4 provides:

> **(1) United States.** To serve the United States, a party must:
>
> > (A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought--or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk—or
> >
> > (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;
> >
> > (B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and
> >
> > (C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.
>
> **(2) Agency; Corporation; Officer or Employee Sued in an Official Capacity.** To serve a United States agency or corporation, or a United States officer or employee sued only in an official capacity, a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency,

> corporation, officer, or employee.
>
> **(3) Officer or Employee Sued Individually.** To serve a United States officer or employee sued in an individual capacity for an act or omission occurring in connection with duties performed on the United States' behalf (whether or not the officer or employee is also sued in an official capacity), a party must serve the United States and also serve the officer or employee under Rule 4(e), (f), or (g).

Fed. R. Civ. P. 4(i)(1)-(3). As Plaintiff did not comply with these requirements, service was improper.

Federal Rule of Civil Procedure 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Here, the deadline for service was January 5, 2026. Accordingly, the Court **EXTENDS** the deadline to complete service and **ORDERS** Plaintiff to serve Defendant with the complaint and summons as well as the supplementary material required by Civil Local Rule 4-2 by February 6, 2026. The Court advises Plaintiff that this case may be dismissed for failure to prosecute if proper service is not completed by this deadline. The Court also **CONTINUES** the case management conference, currently scheduled on January 15, 2026, to April 9, 2026 at 10:00 a.m. All related deadlines are extended accordingly.

In addition, the Court provides the following guidance.

**A.  Waiver of Service**

As noted above, Rule 4 provides that Plaintiff is responsible for completing service. In the alternative, Plaintiff may choose to notify Defendant that an action has been commenced and request a waiver of service. Fed. R. Civ. P. 4(d)(1). This waiver rule is designed to encourage defendants to eliminate the costs of effecting service and "foster cooperation among adversaries and counsel." Committee Notes to 1993 Amendments to Fed. R. Civ. P. 4, 146 F.R.D. 401, 561. If Plaintiff chooses to request a waiver of service, it must be in writing and:

> (a) Be addressed to the individual defendant or, if the waiver is sought from a business entity, be addressed "to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process" for that entity;
>
> (b) Name the court where the complaint was filed;

2

(c) Be accompanied by a copy of the complaint, two copies of the waiver form appended to Rule 4 (included with this Order as Attachment A), and a prepaid means for returning the form;

(d) Inform the defendant (using the language of the form appended to Rule 4 and included with this Order as Attachment B) of the consequences of waiving and not waiving service;

(e) State the date when the request is sent;

(f) Give the defendant a reasonable time of at least 30 days after the request was sent--or at least 60 days if sent to the defendant outside any judicial district of the United States--to return the waiver; and

(g) Be sent by first-class mail or other reliable means.

Fed. R. Civ. P. 4(d)(1). The Court has included a Waiver of Service form (Attachment C) that Plaintiff may wish to provide.

**B.     Additional Resources**

The Court also advises Plaintiff that there are resources available to help with the prosecution of this case. Plaintiff may wish to seek assistance from the Legal Help Center, a free service offered by the Justice & Diversity Center of the Bar Association of San Francisco. You may request an appointment by emailing fedpro@sfbar.org or calling 415-782-8982. At the Legal Help Center, you will be able to speak with an attorney who may be able to provide basic legal help but not representation. More information is available at http://cand.uscourts.gov/helpcentersf.

Plaintiff may also wish to obtain a copy of this District's *Handbook for Litigants Without a Lawyer*, which provides instructions on how to proceed at every stage of your case. The handbook is available in person at the Clerk's Office and online at: http://cand.uscourts.gov/prosehandbook.

**IT IS SO ORDERED.**

Dated: January 7, 2026

THOMAS S. HIXSON
United States Magistrate Judge

3

**ATTACHMENT A**

_____
(Name)

_____
(Address)

_____

_____
(Email address)

_____
(Telephone number)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| _____ | Case No. |
| Plaintiff, | |
| v. | **NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS** |
| _____, | |
| Defendant. | |

To
*(Name of the individual defendant or—if the defendant is a corporation, partnership, or association—name of an officer or agent authorized to receive service)*:

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within ___ (*give at least 30 days or at least 60 days if the defendant is outside any judicial district of the United States*) days from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed,

4

along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: _____

_____
(Signature of the attorney or unrepresented party)

_____
(Printed name)

5

## ATTACHMENT B

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

**ATTACHMENT C**

_____
(Name)
_____
(Address)
_____

_____
(Email address)
_____
(Telephone number)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| _____ | Case No. |
|---|---|
| Plaintiff, | |
| v. | **WAIVER OF THE SERVICE OF SUMMONS** |
| _____, | |
| Defendant. | |

To

*(Name the plaintiff's attorney or the unrepresented plaintiff)*:

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

7

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
(Signature of the attorney or unrepresented party)

_____
(Printed name)