CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KENNETH BRAKEBILL (CABN 196696)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7167
   FAX: (415) 436-6748
   kenneth.brakebill@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PABLO CAMARGO, | CASE NO. 3:25-CV-8552-TSH |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE; DECLARATION** |
| v. | |
| FRANK J. BISIGNANO, in his official capacity as Commissioner of the Social Security Administration, | |
| Defendant. | |

Pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, and subject to the Court's approval, the parties stipulate as follows:

WHEREAS, Plaintiff filed his Complaint on October 7, 2025 (ECF No. 1);

STIP. TO CONTINUE CMC; DECL.; [PROPOSED] ORDER
CASE NO. 3:25-CV-8552-TSH

WHEREAS, on January 7, 2026, the Court extended the initial case management deadlines for this case, scheduling an initial case management conference on April 9, 2026 with a joint case management statement to be due on April 2, 2026 (ECF No. 13);

WHEREAS, Plaintiff's Complaint was subsequently served on the United States Attorney's Office on January 15, 2026, and therefore Defendant's responsive pleading deadline was due on March 16, 2026;

WHEREAS, Defendant timely filed its Answer on March 16, 2026 (ECF No. 15);

WHEREAS, on March 13 and 16, 2026, undersigned counsel for Defendant reached out to Mr. Camargo to inform him that another Assistant U.S. Attorney would be handling this matter and to request a modest extension of the Answer deadline, but filed an Answer after not hearing back before said deadline;

WHEREAS, on March 24, 25 and 26, 2026, counsel for Defendant and Plaintiff exchanged communications and Plaintiff, upon request, consented to a three-week extension of the case management schedule so that the AUSA who will be representing Defendant in this matter starting in April can handle case management discussions, the joint case management statement and the initial case management conference;

WHEREAS, undersigned counsel for Defendant also is not available on April 9, 2026 for the currently scheduled initial case management conference;

WHEREAS, the parties have timely filed their respective consents to magistrate jurisdiction (ECF Nos. 11, 17);

WHEREAS there have been no previous requests for time modification in this case;

//

//

//

//

//

Subject to approval of the Court, IT IS HEREBY STIPULATED, by the parties to this action, that:

STIP. TO CONTINUE CMC; DECL.; [PROPOSED] ORDER
CASE NO. 3:25-CV-8552-TSH

The current case management schedule shall be extended three weeks, such that the initial case management conference scheduled on April 9, 2026 shall be vacated and continued, along with all associated deadlines, to April 30, 2026; and the case management statement shall be due April 23, 2026.

DATED: March 27, 2026                                  Respectfully submitted,

/s/___Pablo Camargo__                                  CRAIG H. MISSAKIAN
PABLO CAMARGO                                          United States Attorney

Pro Se                                                /s/ Kenneth Brakebill[1]
                                                      KENNETH BRAKEBILL
                                                      Assistant United States Attorney

                                                      Attorneys for Defendant

---

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

STIP. TO CONTINUE CMC; DECL.; [PROPOSED] ORDER
CASE NO. 3:25-CV-8552-TSH

### DECLARATION OF KENNETH BRAKEBILL

I, Kenneth Brakebill, declare as follows:

1. I am an Assistant United States Attorney and the attorney of record for Defendant in this action. I submit this declaration in support of the parties' Joint Stipulation to Continue the Case Management Conference filed concurrently herewith. The facts set forth in this declaration are within my personal knowledge or based upon documents and information I have received in the course of this litigation.

2. Plaintiff filed his Complaint on October 7, 2025 (ECF No. 1).

3. On January 7, 2026, the Court extended the initial case management deadlines for this case, scheduling an initial case management conference on April 9, 2026 with a joint case management statement to be due on April 2, 2026 (ECF No. 13). Plaintiff's Complaint was subsequently served on the United States Attorney's Office on January 15, 2026, and therefore Defendant's responsive pleading deadline was due on March 16, 2026.

4. On March 13 and 16, 2026, I reached out to Plaintiff to inform him that another Assistant U.S. Attorney would be handling this matter and requested a modest extension of the Answer deadline. I did not hear back from Plaintiff prior to the Answer deadline and therefore timely filed Defendant's Answer on March 16, 2026 (ECF No. 15).

5. On March 24, 25 and 26, 2026, Plaintiff and I exchanged communications and Plaintiff, upon my request, consented to a three-week extension of the case management schedule so that the AUSA who will be representing Defendant in this matter starting in April can handle case management discussions, the joint case management statement and the initial case management conference.

6. I am not available on April 9, 2026 for the currently scheduled initial case management conference.

7. The parties have timely filed their respective consents to magistrate jurisdiction (ECF Nos. 11, 17).

8. There have been no previous requests for time modification in this case.

I declare under penalty of perjury under the laws of the United States that the above is true and

STIP. TO CONTINUE CMC; DECL.; [PROPOSED] ORDER
CASE NO. 3:25-CV-8552-TSH

accurate to the best of my information, knowledge, and belief.  Executed this 27th day of March, 2026, in San Francisco, California.

/s/ *Kenneth W. Brakebill*
KENNETH W. BRAKEBILL
Assistant United States Attorney

STIP. TO CONTINUE CMC; DECL.; [PROPOSED] ORDER
CASE NO. 3:25-CV-8552-TSH

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  The case management deadlines in this case are continued such that Case Management Conference is continued until April 30, 2026 at 10:00 a.m. and a Joint Case Management Statement is due April 23, 2026.

DATED: March 27, 2026

_____
THE HON. THOMAS S. HIXSON
United States Magistrate Judge

STIP. TO CONTINUE CMC; DECL.; ~~[PROPOSED]~~ ORDER
CASE NO. 3:25-CV-8552-TSH