UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO CAMARGO,<br><br>Plaintiff,<br><br>v.<br><br>SSA COMMISSIONER,<br><br>Defendant. | Case No. 25-cv-08552-TSH<br><br>**ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL**<br><br>Re: Dkt. No. 25 |

United States District Court
Northern District of California

Plaintiff Pablo Camargo has filed a Motion for Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2).  ECF No. 25.  Defendant Commissioner of the Social Security Administration has filed a Statement of Non-Opposition.[1]  ECF No. 26.

Under Federal Rule of Civil Procedure 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper."  The decision to grant a voluntary dismissal under Rule 41(a)(2) lies with the sound discretion of the Court.  *See Kern Oil Refining Co. v. Tenneco Oil Co.*, 792 F.2d 1380, 1389 (9th Cir. 1986).  In considering a motion for dismissal under Rule 41(a)(2), "the Court must make three separate determinations: (1) whether to allow the dismissal at all; (2) whether the dismissal should be with or without prejudice; and (3) what terms and conditions, if any, should be imposed."  *Burnette v. Godshall*, 828 F. Supp. 1439, 1443 (N.D. Cal. 1993), *aff'd sub nom. Burnette v. Lockheed Missiles & Space Co.*, 72 F.3d 766 (9th Cir. 1995)).

The Court finds dismissal is appropriate because Plaintiff states "he no longer wishes to pursue this action.  Plaintiff has decided not to file an Amended Complaint or proceed further with

---

[1] The parties consent to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c).  ECF Nos. 11, 17.

the case at this time." Mot. at 1. As Defendant does not oppose the motion, there are no terms or conditions that should be imposed. *Smith v. Lenches*, 263 F.3d 972, 975 (9th Cir. 2001) ("A district court should grant a motion for voluntary dismissal under Rule 41(a)(2) unless a defendant can show that it will suffer some plain legal prejudice as a result."). Finally, although Plaintiff does not state whether he seeks dismissal with or without prejudice, the Court notes he states he does not want to proceed with the case *at this time*. As such, the Court finds dismissal without prejudice appropriate.

Accordingly, the Court **GRANTS** Plaintiff's motion to dismiss **WITHOUT PREJUDICE**. The Court shall enter a separate judgment.

**IT IS SO ORDERED.**

Dated: May 19, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California

2